Harold PIKE, et al. *v.* J.D. RICE, Member of the Franklin
City Election Committee, et al.

88-195                                              759 S.W.2d 541

Supreme Court of Arkansas
Opinion delivered November 7, 1988

*Walters Law Firm, P.A.*, by: *Bill Walters*, for appellants.

*John Bynum*, Prosecuting Attorney, for appellees.

DARRELL HICKMAN, Justice. The appellants are the cities of
Branch and Charleston and residents of the Charleston District
of Franklin County. They filed suit in the Charleston District
Chancery Court challenging an election held March 8, 1988,
which approved a one cent county-wide sales tax.

The appellees moved to dismiss for lack of jurisdiction. The
trial judge said the action should have been filed in the Ozark
District and dismissed the case. We find the action is an election
contest and, therefore, the chancery court is without jurisdiction.

We have settled the question of which court, circuit or
chancery, has jurisdiction over election contests—it is circuit
court.

In *Rich* v. *Walker*, 237 Ark. 586, 374 S.W.2d 476
(1964), and *Catlett* v. *Republican Party of Arkansas*, 242 Ark.
283, 413 S.W.2d 651 (1967), we held election contests must be
filed in a law court. *See also Alcoholic Beverage Control Board* v.
*Munson*, 287 Ark. 53, 696 S.W.2d 720 (1985); *Files* v. *Hill*, 268
Ark. 106, 594 S.W.2d 836 (1980). That part of Ark. Code Ann. §

26-74-309(c) (1987), which attempts to grant chancery court jurisdiction of an election contest, is unconstitutional.

The trial court reached the right result. So we affirm his decision, not reaching the question raised on appeal.

Affirmed.